IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>        Plaintiff,<br><br>        v.<br><br>Keven Shaw d/b/a Sugar Shack,<br><br>        Defendant. | Case No. 4:21-cv-01856-SAL<br><br>**ORDER** |

      This matter is before the court for review of the Report and Recommendation (the "Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case was previously assigned pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B) (D.S.C.). [ECF No. 18.] In his Report, Judge Rogers recommends the court grant Plaintiff's Motion for Default Judgment, ECF No. 10, and finds Defendant Keven Shaw d/b/a Sugar Shack ("Defendant") liable for his willful violation of 47 U.S.C. § 605. [ECF No. 18.] The Report further recommends a judgment in favor of Plaintiff be entered against Defendant in the amount of $1,590 in statutory damages, $2,500 in enhanced damages, and $2,042 in attorneys' fees and costs, for a total award of $6,132. *Id.* Any objections to the Report were due July 27, 2022. Neither party has filed objections to the Report.

      This court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in the Report and Recommendation. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

1

2

A review of the record indicates the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report, ECF No. 18, is **ACCEPTED**, and Plaintiff's Motion for Default Judgment, ECF No. 10, is **GRANTED,** as outlined in the Report and Recommendation of the Magistrate Judge. Specifically, default judgment shall be entered against Defendant Keven Shaw d/b/a Sugar Shack in favor of Plaintiff Joe Hand Promotions, Inc. in the amount of $1,590 in statutory damages, $2,500 in enhanced damages, and $2,042 in attorneys' fees and costs, for a total award of $6,132.

**IT IS SO ORDERED.**

/s/ Sherri A. Lydon_____
United States District Judge

August 19, 2022
Columbia, South Carolina